# Exhibit 4

# THIRD AMENDMENT
# OF
# REVENUE POOLING AGREEMENT

      **Adirondack Transit Lines, Inc.** d/b/a Adirondack Trailways, and its corporate affiliates, **Pine Hill-Kingston Bus Corp.**, d/b/a Pine Hill Trailways, and **Passenger Bus Corporation**, d/b/a New York Trailways, New York corporations, maintaining their principal office at 499 Hurley Avenue, Hurley, New York 12443 (together "ADT"), on the one hand, and on the other, **Greyhound Lines, Inc.**, a Delaware corporation, maintaining its principal office at 15110 North Dallas Parkway, Dallas, Texas 75248 and its wholly owned subsidiary, **Vermont Transit Co., Inc.**, a Vermont corporation maintaining its principal office at 345 Pine Street, Burlington, Vermont 05401 (together "GLI"), having entered into a Revenue Pooling Agreement, approved, pursuant to 49 U.S.C. 14302, by the Surface Transportation Board in Decision STB No. MC-F-20910, **ADIRONDACK TRANSIT LINES, INC., PINE HILL-KINGSTON BUS CORP., AND PASSENGER BUS CORPORATION - POOLING - GREYHOUND LINES, INC., AND VERMONT TRANSIT CO., INC.**, served December 18, 1997, as amended on July 15, 1999, and as further amended on October 15, 1999, and intending it should be further amended, subject to the approval of the Surface Transportation Board, if required, agree:

1.    Subpart B of Section 19.b of the Agreement shall be further modified to read:

    "In the case of GLI: (i) any time prior to December 31, 2005, any sale or transfer of all or any portion of its capital stock or any merger involving GLI, and (ii) at any time after December 31, 2005, any sale or tansfer of capital stock, so long as not more than eighty percent (80%) of such capital stock that constitutes voting stock is acquired by any person or "group" within the meaning of Rule 13b-5 of the 1934 Act, except that the acquisition of all of GLI's capital stock by Laidlaw, Inc. pursuant to a merger transaction shall be a Permitted Transaction,"

2.    The first sentence of Section 25 shall be modified to read:

    "The parties agree that except by mutual written consent, the parties will spend not less, individually or collectively, on advertising the Pooled Route service than two percent (2%) of annual sales on the Pooled Routes, except that for calendar years 2002, 2003 2004, and 2005 the minimum shall be one percent (1%)."

3.    Except as set forth herein, the terms, provisions and conditions of the Agreement shall remain as originally stated and will remain in full force and effect.

4.    Each Party hereby represents that this Agreement has been duly executed by an authorized representative empowered to bind such Party.

     IN WITNESS WHEREOF, the Parties hereto have executed this Agreement as of the day and year herein written.

ADIRONDACK TRANSIT LINES, INC.

By: _[signature]_
Name: Eugene J. Berardi, Jr.
Title: President

Date: April 26 2002

PINE HILL-KINGSTON BUS CORP.

By: _[signature]_
Name: Eugene J. Berardi, Jr.
Title: President

Date: April 26 2002

PASSENGER BUS CORPORATION

By: _[signature]_
Name: Eugene J. Berardi, Jr.
Title: President

Date: April 26 2002

GREYHOUND LINES, INC.

By: _[signature]_
Name: Jack W. Haugsland
Title: Executive Vice President & COO

Date:

VERMONT TRANSIT CO., INC.

By: _[signature]_
Name: Jack W. Haugsland
Title: Executive Vice President & COO

Date:

Approved as to form

By _[signature]_
     Attorney

2