# Exhibit 8



499 Hurley Avenue
Hurley, New York 12443
tel 845-339-4230
fax 845-339-5222
web www.trailwaysny.com

July 31, 2013

Mr. Ted Burk
Sr. Vice President, Corporate Development
Greyhound Lines, Inc.
350 N. St. Paul Street
Dallas, TX 75201

Via Email: Ted.Burk@greyhound.com

Dear Ted,

In your July 26, 2013 letter responding to our July 18, 2013 letter, you extended, on behalf of Greyhound Lines, Inc. ("Greyhound"), an unconditional offer to pay Adirondack Trail Lines, Inc. ("Adirondack") $4.17 per mile for each revenue pool mile that Greyhound owes Adirondack, to immediately bring those miles into balance. Adirondack has considered your offer, and we accept.

Your offer clearly contemplates that this approach will be applied to balance out the revenue pool miles that Greyhound owes Adirondack for the miles Adirondack covered for Greyhound through the month of July 2013. In addition to those miles, your operations employees have informed us that you will need Adirondack to cover additional revenue pool miles for you during the month of August 2013. Of course, that will again create an imbalance in the pool miles. Though the offer in your July 26 letter is not entirely clear as to whether it extends to the additional miles that you will owe us for our assistance in August, balancing those miles in the same way seems most logical. That would put you in a position to have a "fresh start" as to revenue pool miles in September 2013, when you have told us that you will be prepared to run 100% of your mileage obligation under our pooling agreement. Please let me know at your earliest convenience whether your offer extends to the August 2013 revenue pool miles.

We are also reviewing the other issues discussed in your July 23 response to our July 18 letter, and expect to respond to those in the near future.

Very truly yours,

Eugene J. Berardi, Jr.
President/CEO
Adirondack Transit Lines, Inc.
☎: #845-339-4230, ext:137
(F): #845-339-5222
Email: eberardijr@trailwaysny.com



cc:  David Leach (Via Email)
  Dave.Leach@greyhound.com

  Bill Blankenship (Via Email)
  Bill.Blankenship@greyhound.com

  Andy Kaplinsky (Via Email)
  Andy.Kaplinsky@greyhound.com

  Tricia Martinez (Via Email)
  Tricia.Martinez@greyhound.com