# Exhibit 9



August 8, 2013

Mr. Eugene J. Berardi, Jr.             VIA EMAIL: eberardijr@trailwaysny.com
President/CEO
Adirondack Transit Lines, Inc.
499 Hurley Avenue
Hurley, New York 12443

    RE:    Letter of August 5, 2013

Dear Gene:

In an effort to balance the miles as of September 1, 2013, Greyhound will pay Adirondack $4.17/mile for revenue miles and $2.60/mile for equipment miles through August 31, 2013. By paying out the miles, there is no need for Greyhound to operate additional miles beginning with the fall 2013 product for the purpose of making up the imbalance.

Greyhound does not intend to have counsel present at the meeting in September and assumes that Adirondack will also not have counsel present. If that is not correct, please let me know immediately. Thus, without the need to bring counsel, we will meet in Chicago on September 5, 2013 at 9:00 AM in the Admiral's Club at the Chicago O'Hare Airport. Please advise how many people you plan to be in attendance from Adirondack so I can reserve the meeting room.

Yours truly,

*Ted Burk*

Ted Burk
Senior Vice President, Corporate Development

CC:    Dave Leach
         Bill Blankenship
         Andy Kaplinsky
         Trisha Martinez