# Exhibit 10



499 Hurley Avenue
Hurley, New York 12443
tel 845-339-4230
fax 845-339-5222
web www.trailwaysny.com

August 13, 2013

Mr. Ted Burk
Sr. Vice President, Corporate Development
Greyhound Lines, Inc.
350 N. St. Paul Street
Dallas, TX 75201

Via email: Ted.Burk@greyhound.com

    Re: Letter of August 8, 2013

Dear Ted:

    This letter is in response to your letter dated August 8, 2013. Adirondack accepts Greyhound's offer to pay Adirondack $4.17/mile for revenue miles and $2.60/mile for equipment miles, to immediately balance out the miles that Greyhound owes Adirondack through August 31, 2013.

    Final mileage data is available through May 31, 2013. As stated in our July 18, 2013 letter to you, Greyhound owes Adirondack 129,174 revenue miles and 133,104 equipment miles for the deficit Greyhound accumulated through May 31. As you know, as part of the normal settlement process, Greyhound has previously paid or will soon pay Adirondack $2.00/mile for each of those revenue miles and $1.40/mile for each of those equipment miles. Therefore, for the miles through May 31, Greyhound must pay Adirondack only the difference between the rate previously paid and the rate recently agreed. That difference is $2.17 for each revenue mile and $1.20 for each equipment mile.

    Accordingly, please issue payment to Adirondack immediately in the amount of $440,032.38 for the mileage deficit through May 31. This amount was calculated as follows:

|  |  |  |
|---|---|---|
| Revenue mile deficit as of 5/31/2013 | 129,174 |  |
| Net revenue mile rate[1] | x    $2.17 |  |
| Revenue mile subtotal | $280,307.58 | $280,307.58 |
|  |  |  |
| Equipment mile deficit as of 5/31/2013 | 133,104 |  |
| Net equipment mile rate[2] | x    $1.20 |  |
| Equipment mile subtotal | $159,724.80 | + $159,724.80 |

---

[1] $4.17 agreed payment - $2.00 paid in normal settlement = $2.17/mile to be paid.
[2] $2.60 agreed payment - $1.40 paid in normal settlement = $1.20/mile to be paid.



| | |
|---|---|
| **Total Greyhound immediately owes Adirondack** | **$440,032.38** |

As you are aware, Greyhound has not prepared final data for June, July, and August 2013, and the settlement process for those months has not yet occurred. When conducting the normal settlement process for those months, we will use the rates of $4.17/revenue mile and $2.60/equipment mile.

Please let us know when we can expect to receive the payment of $440,032.38. Once we receive the payment, we can finalize our agenda for other issues to be discussed at the meeting on September 5.

In addition, your August 8 letter also asks how many people we plan will attend the September 5 meeting on behalf of Adirondack. We currently expect four people will attend on behalf of Adirondack.

Very truly yours,

*[signature]*

Eugene J. Berardi, Jr.
President/CEO
Adirondack Transit Lines, Inc.
☎: #845-339-4230, ext:137
(F): #845-339-5222
Email: eberardijr@trailwaysny.com


cc:   David Leach, President (Via Email)
      Dave.Leach@greyhound.com

      Bill Blankenship (Via Email)
      Bill.Blankenship@greyhound.com

      Andy Kaplinsky (Via Email)
      Andy.Kaplinsky@greyhound.com

      Tricia Martinez (Via Email)
      Tricia.Martinez@greyhound.com