# Exhibit 11

| | |
|---|---|
| **From:** | Hughes, Wende <Wende.Hughes@greyhound.com> |
| **Sent:** | Monday, October 28, 2013 4:17 PM |
| **To:** | Mark Boungard |
| **Subject:** | ADT/GLI/GLC Miles |
| **Attachments:** | ADT_GLI_GLI_Miles8312013.xlsx |

Hi Mark

I want to confirm with you the mileage balances as of 08/31/2013 – both pool & equipment.  Attached is a spreadsheet I completed that took the 12/31/2012 balances (per Gene's March 2013 letter) and walked them forward to August.

Can you confirm for me that the balances I have tie to your records.

Thanks!

Wende Hughes | • Sr. Manager, Revenue/Express Accounting • | **Greyhound Lines, Inc.**
350 N. St. Paul Street, Dallas, TX 75201 | p 214.849.8743 | f 214.849.6202 | wende.hughes@greyhound.com

1

**Document Produced Natively**

## GREYHOUND US/CANADA - ADIRONDACK MILEAGE

| Time Period | Pool Mileage Imbalance Due ADT/(GLI) MILES | US Equipment Imbalance Due ADT/(GLI) MILES | CAN Equipment Imbalance Due ADT/(GLC) MILES | Total Equipment Imbalance Due ADT/(GLI/GLC) MILES |
|---|---|---|---|---|
| Miles @12/31/2012 (1) | 93,081 | 129,344 | (2) | 129,344 |
| Jan-13 | (1,068) | (20,739) | 21,213 | 474 |
| Feb-13 | 14,359 | (16,963) | 19,205 | 2,242 |
| Mar-13 | 9,566 | (22,229) | 20,729 | (1,500) |
| Apr-13 | 2,971 | (22,645) | 20,396 | (2,249) |
| May-13 | 10,265 | (18,385) | 23,178 | 4,793 |
| Jun-13 | 5,963 | (20,438) | 24,166 | 3,728 |
| Jul-13 | (16,238) | (19,823) | 30,816 | 10,993 |
| Aug-13 | (14,365) | (27,456) | 34,306 | 6,850 |
| Life to Date Total | 104,534 | (39,334) | 194,009 | 154,675 |

(1) Beginning balances tie to Gene Berardi letter dated March 19th, 2013

(2) GLC beginning total combined with GLI