IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ADIRONDACK TRANSIT LINES, INC.**, *et al.*,<br><br>            Plaintiffs,<br><br>     *v.*<br><br>**GREYHOUND LINES, INC.**, *et al.*,<br><br>            Defendants. | Case No. 1:15-cv-1227-LEK-CFH |
| **GREYHOUND LINES, INC.**,<br><br>            Plaintiff,<br><br>     *v.*<br><br>**ADIRONDACK TRANSIT LINES, INC.**, *et al.*,<br><br>            Defendants. | Case No. 1:16-cv-1240-LEK-CFH |

**STIPULATION AND ORDER STAYING CONSOLIDATED ACTIONS**

1.      On October 27, 2016, the Court entered an order consolidating Adirondack Transit Lines, Inc., *et al*., v. Greyhound Lines, Inc., *et al*., No. 1:15 cv 1227 (LEK-cfh) (the "Lead Case") and the related case, Greyhound Lines, Inc. v. Adirondack Transit Lines, Inc., *et al*., No. 1:16 cv 1240 (LEK-cfh) (the "Member Case"). (Lead Case, Doc. 65).  The Court designated Adirondack Transit Lines, Inc., *et al*., v. Greyhound Lines, Inc., *et al*., No. 1:15 cv 1227 (LEK-cfh) as the Lead Case in the consolidated actions.  (*Id*.).

2.      Prior to consolidation, the proceedings in both actions previously had been stayed to allow the parties time to engage in settlement discussions.  (Lead Case, Doc. 24, 28, 43, 61;

Member Case, Doc. 24, 26, 33, 56). Most recently, the Court entered an order staying the consolidated actions until July 11, 2017. (Lead Case, Doc. 73).

3. The parties collectively believe that settlement discussions to date have been productive, and on July 13, 2017, executed a Term Sheet containing the terms of a settlement. The parties believe that a stay of proceedings until October 13, 2017 may facilitate a potential resolution in this complex matter. Therefore, the consolidated actions are stayed until October 13, 2017 and all deadlines are extended accordingly.

4. Specifically, on January 13, 2016, Plaintiffs filed an Amended Complaint and Petition to Partially Vacate Arbitral Award (the "Amended Complaint"), as well as a Motion to Partially Vacate Arbitral Award ("Motion to Vacate") in the Lead Case. Pursuant to the Stipulation and Order Staying Consolidated Actions (Lead Case, Doc. 73), Defendants' deadline to move or answer the Amended Complaint and Defendants' deadline to respond to the Motion to Vacate is currently July 25, 2017.

5. The deadline for Defendants to move or answer the Amended Complaint and to respond to the Motion to Vacate shall be extended to October 27, 2017. Plaintiffs' deadline, if any, to move or answer the Complaint in the Member Case shall also be extended to October 27, 2017.

6. This Stipulation may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together will constitute one and the same instrument. A facsimile or other electronic transmission of a duly executed counterpart of this Stipulation shall be as valid, in all respects, as an original.

| | |
|---|---|
| Dated: July 14, 2017 | Dated: July 14, 2017 |
| **NOLAN & HELLER, LLP** | **KING & SPALDING LLP** |
| By: s/ Justin A. Heller<br>    Justin A. Heller, Esq.<br>    39 North Pearl Street, 3rd Floor<br>    Albany, New York 12207<br>    Tel: (518) 449-3300<br>    Fax: (518) 432-3123<br><br>**VINSON & ELKINS, LLP**<br>Alden L. Atkins, Esq.<br>Crystal Y'Barbo Stapley, Esq.<br>2200 Pennsylvania Avenue NW<br>Suite 500 West<br>Washington, DC 20037-1701<br>(202) 639-6500<br><br>*Attorneys for Plaintiffs and Consolidated-Defendants Adirondack Transit Lines, Inc.; Pine Hill-Kingston Bus Corp., Inc.; and Passenger Bus Corp.* | By: s/ Bobby R. Burchfield<br>    Bobby R. Burchfield, Esq.<br>    Chandra M. Kurien, Esq.<br>    1700 Pennsylvania Avenue, NW<br>    Washington, DC 20006<br>    Tel: (202) 737-0500<br>    Fax: (202) 626-3737<br><br><br>*Attorneys for Defendant and Consolidated-Plaintiff Greyhound Lines, Inc. and Defendant FirstGroup America, Inc.* |

IT IS SO ORDERED:

Lawrence E. Kahn
U.S. District Judge
Dated:   July 17, 2017
     Albany, NY